IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COTY CONN,

        Plaintiff,

vs.

CITY OF OMAHA, et. al,

        Defendants.

8:12CV75

MEMORANDUM AND ORDER

Pursuant to the terms of the parties' jointly filed Rule 26(f) Report,

IT IS ORDERED that the plaintiff's claims against named defendants, "P. Hupoze, Officer, individually and in their official capacity" and "P. Hoop, Officer, individually and in their official capacity," neither of whom have been identified or served, are dismissed with prejudice.

December 20, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge