IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COTY CONN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF OMAHA, et. al.;<br><br>　　　　　　Defendants. | 8:12CV75<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties:

IT IS ORDERED:

1)   The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **October 15, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

2)   The plaintiff's anticipated motion to dismiss some of his claims and some of the individual defendants shall be filed on or before October 4, 2013.

3)   The parties shall promptly exchange information to clarify the parties' exhibit list.  The parties' updated exhibit list, with all exhibits and any objections to those exhibits specifically identified, shall be emailed to the chambers of the undersigned magistrate judge at zwart@ned.uscourts.gov, on or before October 4, 2013.

4)   The pretrial conference order will be filed after the matters set forth in paragraphs 2 and 3 of this order are completed.

September 24, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge