IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COTY CONN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, et. al;<br><br>        Defendants. | **8:12CV75**<br><br>**WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

As requested in the plaintiff's motion, (filing no. 40), which is hereby granted,

TO: WARDEN, NEBRASKA DEPARTMENT OF CORRECTIONS OR ANY OTHER PERSON HAVING CUSTODY OF THE ABOVE-NAMED INDIVIDUAL; THE U.S. MARSHAL FOR THE DISTRICT OF NEBRASKA

We command that you have Coty Conn, now detained in the Nebraska Department of Corrections in Lincoln, Nebraska, under safe and secure conduct, before this Court at the U.S. Federal Courthouse, Roman L. Hruska Federal Courthouse, 111 South 18th Plz, Omaha, Nebraska, Courtroom #1, on October 15, 16, and 17, 2013, at 9:00 a.m. and each day thereafter as may be necessary, for the purpose of providing testimony and attending his trial for the above case, and upon conclusion of the trial, to return said Coty Conn to the custody from which defendant came under safe and secure conduct in accordance with law.

WITNESS THE UNITED STATES JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA.

October 10, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge