IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COTY CONN, | |
| Plaintiff, | 8:12-CV-75 |
| vs. | ORDER |
| CITY OF OMAHA, et al., | |
| Defendants. | |

Based on the Order on Final Pretrial Conference (filing 35) and the agreement of the parties,

IT IS ORDERED:

1. All claims against the City of Omaha, the Omaha Police Department, Bradley Nielsen, Mark Lang, Corey Clements, Patrick Soltys, Keith Williamson, Jay Leavitt, and Jeffery Gassaway are dismissed with prejudice.

2. All claims against Chris Rock, Troy Liebe, James Haley, and James Holtmeyer in their official capacities are dismissed with prejudice.

3. The claims asserted in the first, second, third, and fourth causes of action of the plaintiff's amended complaint are dismissed with prejudice.

4. The claims asserted for deliberate indifference to serious medical needs in the sixth cause of action of the plaintiff's amended complaint are dismissed with prejudice.

5. This matter will proceed to trial on the claims asserted against Chris Rock, Troy Liebe, James Haley, and James Holtmeyer, in their individual capacities, in the fifth and seventh causes of action of the plaintiff's amended complaint.

- 2 -

Dated this 10th day of October, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge

- 2 -