IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COTY CONN,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, et. al,<br><br>                Defendants. | **8:12CV75**<br><br>**MEMORANDUM AND ORDER** |

      Difficulties have arisen for transport of the plaintiff to trial.  After conferring with the parties, and with their consent,

      IT IS ORDERED:

      1)      The trial of this case is continued pending further order of the court.

      2)      The court's order and writ for the transport of the plaintiff, Coty Conn, to attend at trial at the Omaha federal court on October 15, 16, and 17, 2013, (Filing No. 41), is **withdrawn**.

      3)      On or before  October 21, 2013, plaintiff's counsel shall file a motion, brief and evidence, along with a request for hearing pursuant to Neb. Rev. Stat. § 25-1233, and if appropriate, a motion, brief and evidence to transfer the federal trial location to Lincoln.   Any response by the defendants herein shall be filed on or before October 28, 2013.

October 11, 2013.

                                                            BY THE COURT:

                                                           *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge